IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAVIER MURILLO GURROLA,

    Plaintiff,

vs.

TYSON FRESH MEATS, INC.,

    Defendant.

8:13CV312

ORDER

Before the court is the Findings and Recommendation ("F&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 12, recommending that this court deny the plaintiff's Motion to Remand (Filing No. 7). No objection has been filed to the F&R. Pursuant to NECivR 41.2 , the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS ORDERED:

1.     The F&R (Filing No. 12) is adopted in its entirety; and

2.     The plaintiff's Motion to Remand (Filing No. 7) is denied.

Dated this 2nd day of January, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge