IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAVIER MURILLO GURROLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TYSON FRESH MEATS, INC.,<br><br>　　　　Defendant. | 8:13-cv-00312<br><br><br>**ORDER** |

　　　This matter is before the Court upon the Parties' Joint Stipulation for Dismissal of Plaintiff's Claim for Punitive Damages and Defendant's Good Faith, Laches and Unclean Hands Affirmative Defenses in the above-captioned matter. (Doc. 49). The Court, being fully advised in the premises, hereby finds as follows:

　　　IT IS ORDERED that the Joint Stipulation shall be and the same hereby is granted.

　　　IT IS FURTHER ORDERED that Plaintiff's claim for punitive damages against Defendant, as asserted in his Complaint, and Defendant's good faith, laches and unclean hands affirmative defenses are hereby dismissed with prejudice.

　　　SO ORDERED this 8th day of December, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge